FILED
CLERK, U.S. DISTRICT COURT

OCT 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08- **1273** |
| Plaintiff, | ) | <u>I N D I C T M E N T</u> |
| v. | ) | [18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 21 U.S.C. §844(a): Possession of Cocaine Base (Crack); 21 U.S.C. §844(a): Possession of Marijuana; 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| MARK BENDER, | ) | |
| Defendant. | ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(g)(1)]

On or about September 27, 2008, in San Bernardino County, within the Central District of California, defendant MARK BENDER ("BENDER") knowingly possessed a firearm, namely, a Ruger, Vaquero, .45 revolver, serial number 58-72720, and ammunition, namely, 5 rounds of Remington Peters "RP" .45 colt ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant BENDER had been

convicted of a felony punishable by a term of imprisonment exceeding one year, namely, (1) Possession of Marijuana for Sale, in violation of California Health & Safety Code Section 11359, in the Superior Court of the State of California, County of Riverside, case number SWF007694, on or about June 30, 2004; (2) Possession of Cocaine Base for Sale, in violation of California Health & Safety Code Section 11351.5, in the Superior Court of the State of California, County of Riverside, case number SWF008603, on or about October 20, 2004; and (3) Taking a Vehicle Without Owner's Consent, in violation of California Vehicle Code Section 10851, in the Superior Court of the State of California, County of Riverside, case number SWF019563, on or about January 2, 2007.

## COUNT TWO

[21 U.S.C. 844(a)]

On or about September 27, 2008, in San Bernardino County, within the Central District of California, defendant MARK BENDER knowingly and intentionally possessed approximately 2.49 grams of a mixture and substance containing a detectable amount of cocaine base, in the form of crack cocaine, a schedule II controlled substance.

## COUNT THREE

### [21 U.S.C. 844(a)]

On or about September 27, 2008, in San Bernardino County, within the Central District of California, defendant MARK BENDER knowingly and intentionally possessed approximately .98 grams of a mixture and substance containing a detectable amount of marijuana, a schedule I controlled substance.

## COUNT FOUR

[18 U.S.C. 924(d); 28 U.S.C. 2461(c)]

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by this reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One of this Indictment, defendant MARK BENDER shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a Ruger, Vaquero, .45 revolver, serial number 58-72720, and 5 rounds of Remington Peters "RP" .45 colt ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

1  the United States of America shall be entitled to forfeiture of
2  substitute property pursuant to Title 21, United States Code,
3  Section 853(p), as incorporated by Title 28, United States Code,
4  Section 2461(c).

5  All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

                                          A TRUE BILL

                                          /S/
                                          _____
                                          Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SHERI PYM
Assistant United States Attorney
Chief, Riverside Office

PRIYA SOPORI
Assistant United States Attorney