## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Victor Cruz, Deputy Clerk          Date: October 19, 2015

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Mark Bender | CR08-01273-SJO | 55819-112 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* FEDERAL PUBLIC DEFENDERS |
|---|---|
| 10/15/2015 | TELEPHONE NO.: 951-276-6346 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing during the week of 11/16/2015. The offender was taken into local custody and the issuance of Writ is not required.

Interpreter Needed?   ☐ Yes   ☒ No          Language Type: _____

JANA RIVERS, 909-383-3791                    MARIA ZARGLIS, 909-383-5780
U. S. PROBATION OFFICER                      SUPERVISING PROBATION OFFICER

**FAX NO.** 909-383-5602

*Routing of Request:* Orig. To Clerk's Office     *Copies to:* U. S. Attorney (Chief, Criminal Division)
                                                              Federal Public Defender (Chief Deputy)

---

### FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable S. James Otero, United States District Judge on Monday, November 23, 2015 @ 9:00 a.m.

CLERK, U. S. DISTRICT COURT

Date October 19, 2015.          By /S/ Victor Paul Cruz
                                         Deputy Clerk

*Routing on Notice by Clerk:*   Original - Court File                                           ☐
                                cc:        U. S. Probation Officer                              ☐
                                           U. S. Attorney, Attn: Chief, Criminal Division       ☐
                                           Defense Attorney                                     ☐
                                           Federal Public Defender, Attn: Chief Deputy          ☐
                                           U. S. Marshal (Warrant Cases only)                   ☐
                                           Interpreter Section, Clerk's Office (When needed)    ☐

SUP 216
1/10/07