PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT

November 10, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY
```

U.S.A. VS. Mark Bender                                              Docket No.: CR08-01273-SJO

**Petition on Probation and Supervised Release (Amendment)**

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Mark Bender</u> who was placed on supervision by the Honorable <u>S. JAMES OTERO</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>7th</u> day of <u>May</u>, <u>2010</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Amend to include additional allegation(s):

7. Having been ordered by the Court not to commit another Federal, state or local crime, on or about October 12, 2015, Mark Bender possessed marijuana for sales in violation of California Health and Safety Code 11359 (A).

**PRAYING THAT THE COURT WILL ORDER** this amendment filed.

ORDER OF COURT

Considered and ordered this <u>10th</u> day of <u>Nov.</u>, 20<u>15</u> and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE S. JAMES OTERO

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on October 19, 2015

 /s/
_____
JANA RIVERS
U. S. Probation Officer

Place: San Bernardino, California