PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

```
                                    FILED
                         CLERK, U.S. DISTRICT COURT

                         December 18, 2015.

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY:      VPC       DEPUTY
```

U.S.A.   VS.   Mark Bender                           Docket No.:   CR08-01273-SJO

**Petition on Probation and Supervised Release (Amendment)**

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Mark Bender who was placed on supervision by the Honorable S. JAMES OTERO sitting in the Court at Los Angeles, California, on the 7th day of May, 2010 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Amend to correct allegation(s):

1. Having been ordered by the Court to submit truthful and complete supervision reports within the first five days of each month, Mark Bender failed to submit written supervision reports for the months of May and June 2015.

**PRAYING THAT THE COURT WILL ORDER** this amendment filed.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge. |
| Considered and ordered this 18th day of Dec., 2015 and ordered filed and made a part of the records in the above case. | |
| | Executed on December 16, 2015 |
| _S. James Otero_ | /s/ |
| United States District Judge | JANA E. RIVERS |
| HONORABLE S. JAMES OTERO | U. S. Probation Officer |
| | Place: San Bernardino, California |

PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT

November 10, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY:    VPC    DEPUTY
```

U.S.A.  VS.  Mark Bender                                    Docket No.:  CR08-01273-SJO

### Petition on Probation and Supervised Release (Amendment)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Mark Bender who was placed on supervision by the Honorable S. JAMES OTERO sitting in the Court at Los Angeles, California, on the 7th day of May, 2010 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Amend to include additional allegation(s):

7.  Having been ordered by the Court not to commit another Federal, state or local crime, on or about October 12, 2015, Mark Bender possessed marijuana for sales in violation of California Health and Safety Code 11359 (A).

**PRAYING THAT THE COURT WILL ORDER** this amendment filed.

ORDER OF COURT

Considered and ordered this __10th__ day of __Nov.,__ 2015 and ordered filed and made a part of the records in the above case.

_S. James Otero_
United States District Judge
HONORABLE S. JAMES OTERO

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on October 19, 2015

/s/
JANA RIVERS
U. S. Probation Officer
Place: San Bernardino, California

PROB 12
(Rev. 11/04)



FILED
CLERK, U.S. DISTRICT COURT

July 31, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

# United States District Court

for

## CENTRAL DISTRICT OF CALIFORNIA

U.S.A.  VS.  Mark Bender

Docket No.:  CR08-01273-SJO

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Mark Bender</u> who was placed on supervision by the Honorable <u>S. JAMES OTERO</u> sitting in the Court at <u>Los Angeles, California,</u> on the <u>7th</u> day of <u>May, 2010</u> who fixed the period of supervision at <u>three years,</u> and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### (SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Mark Bender before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this __31st__day of __July__, 20_15_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE S. JAMES OTERO

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on July 27, 2015

_____
JANA RIVERS
U. S. Probation Officer

Place:San Bernardino, California

U.S.A.   VS          Mark Bender
Docket No            CR08-01273-SJO

---

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to submit truthful and complete supervision reports within the first five days of each month, Mark Bender failed to submit written supervision reports for the months of November and December 2014, and January through June 2015.

2. Having been ordered by the Court to participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath, and/or sweat patch testing, as directed by the Probation Officer, on October 3rd, 6th, 18th, 31st, November 5th, 13th, 15th, 21st, December 5th, and December 9, 2014, Mark Bender failed to report for random drug testing at Sharper Future.

3. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before March 8, 2015, Mark Bender used marijuana as evidenced by laboratory analysis of his urine sample.

4. Having been ordered by the Court to participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath, and/or sweat patch testing, as directed by the Probation Officer, on May 26th, June 6th, 17th, 25th, and July 6, 2015, Mark Bender failed to report for random drug testing at Sharper Future.

5. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before July 17, 2015, Mark Bender used cocaine and marijuana as evidenced by laboratory analysis of his urine sample.

6. Having been ordered by the Court to notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer, on July 25, 2015, Mark Bender was questioned by an officer from the San Bernardino Police Department, and failed to notify the Probation Officer.

2